MATILDA RILEY, Respondent, v. THE SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.— Determination of the Appellate Term unanimously affirmed, with costs, upon authority of Chambers v. Supreme Council, C. B. L.

(*ante*, p. 717), decided herewith.   Present — Rich, Jaycox, Manning, Young and Kapper, JJ.